# **EXHIBIT L**

EXHIBIT L - Summary of Complaints Filed Against Movants

| | Adv. Proc. No. | State | Age | On Creditor Matrix? | On Affidavit of Service for Disclosure Statement & Confirmation Docs? | Preference | Fraudulent Transfer |
|---|---|---|---|---|---|---|---|
| Anita Bedoya & Julian Duran | 19-50344 (JKS) | CA | 51 & Deceased | No | No | $ 251,500.00 | $ 11,625.00 |
| Anita Bedoya & Mark Bedoya | 19-50343 (JKS) | CA | 51 & 28 | No | No | $ 40,320 | $ 2,480.03 |
| Blaine Phillips | 19-50338 (JKS) | UT | 62 | No | No | $ 160,666.67 | $ 3,000.01 |
| Brian & Robin Korkus | 19-50309 (JKS) | FL | 59 & 59 | No | No | $ 100,600.00 | $ 2,100.00 |
| Christian Lester | 19-50332 (JKS) | CA | 62 | No | No | $ 503,333.25 | $ 34,666.58 |
| Clayton Nakasone | 19-50832 (JKS) | HI | 67 | No | No | $ 30,000 | $ 1,587.50 |
| Delton & Jean Christman | 19-50314 (JKS) | MT | 81 & 79 | No | No | $ 50,437.49 | $ 2,493.02 |
| Dena Falkenstein | 19-50329 (JKS) | CA | 65 | No | No | $ 190,791.67 | $ 3,536.12 |
| Denis W. Hueth | 19-50331 (JKS) | MT | 74 | Yes | Yes | $ 50,270.83 | $ 14,916.56 |
| Floyd & Lavonne Davis | 19-50317 (JKS) | CO | 89 & 87 | No | No | $ 300,000.00 | $ 17,791.67 |
| George & Charlene Iwahiro | 19-50319 (JKS) | HI | 83 & 73 | No | Yes | $ 50,000.00 | $ 2,749.96 |
| Jane Marshall | 19-50335 (JKS) | ID | 60 | No | No | $ 230,000.00 | $ 14,949.96 |
| Janet V. Dues | 19-50328 (JKS) | IN | 73 | No | No | $ 100,554.17 | $ 6,095.84 |
| Jeff Schuster | 19-50341 (JKS) | CO | 57 | No | Yes | $ 205,513.90 | $ 11,347.19 |
| Jennifer Tom | 19-50342 (JKS) | CA | 72 | No | No | $ 201,263.89 | $ 7,908.31 |
| Judy Karen Goodin | 19-50330 (JKS) | TN | 68 | No | Yes | $ 250,000.00 | $ 28,472.00 |
| Laurence J. Nakasone | 19-50337 (JKS) | HI | 54 | No | No | $ 50,000.00 | $ 2,631.90 |
| Lawrence J. Paynter | 19-50351 (JKS) | WI | 69 | No | No | $ 60,250.00 | $ 3,300.00 |
| Nannette Tibbitts | 19-50353 (JKS) | UT | 57 | No | No | $ 703,500.00 | $ 21,700.00 |
| Ronald Cole | 19-50346 (JKS) | MI | 67 | No | Yes | $ 100,666.67 | $ 6,180.60 |
| Ronald Draper | 19-50347 (JKS) | CA | 74 | No | No | $ 584,000.00 | $ 31,876.62 |
| Sylvan & Jeannette Jutte | 19-50308 (JKS) | OH | 84 & 78 | No | No | $ 75,750.00 | $ 4,614.58 |
| Toomas & Pamela Heinmets | 19-50322 (JKS) | FL | 69 & 65 | No | No | $ 51,016.32 | $ 2,909.66 |
| | | | | | Totals: | $ 4,340,434.86 | $ 238,933.11 |