# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] <br><br> Remaining Debtors. | ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al., <br>                Plaintiff, <br> vs. <br> Sylvan & Jeannette Jutte, <br> Brian & Robin Korkus, <br> Delton & Jean Christman, <br> Floyd & Lavonne Davis, <br> George & Charlene Iwahiro, <br> Toomas & Pamela Heinmets, <br> Janet V. Dues, <br> Dena Falkenstein, <br> Judy Karen Goodin, <br> Denis W. Hueth, <br> Christian Lester, <br> Jane Marshall, <br> Laurence J. Nakasone, <br> Blaine Phillips, <br> George Edward Sargent, <br> Jeff Schuster, <br> Jennifer Tom, <br> Anita Bedoya & Mark Bedoya, <br> Anita Bedoya & Julian Duran, <br> Ronald Cole, <br> Ronald Draper, <br> Lawrence J. Paynter, <br> Nannette Tibbitts, <br> Clayton Nakasone, <br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br><br><br> A.P. No. 19-50308 (JKS) <br> A.P. No. 19-50309 (JKS) <br> A.P. No. 19-50314 (JKS) <br> A.P. No. 19-50317 (JKS) <br> A.P. No. 19-50319 (JKS) <br> A.P. No. 19-50322 (JKS) <br> A.P. No. 19-50328 (JKS) <br> A.P. No. 19-50329 (JKS) <br> A.P. No. 19-50330 (JKS) <br> A.P. No. 19-50331 (JKS) <br> A.P. No. 19-50332 (JKS) <br> A.P. No. 19-50335 (JKS) <br> A.P. No. 19-50337 (JKS) <br> A.P. No. 19-50338 (JKS) <br> A.P. No. 19-50340 (KLS) <br> A.P. No. 19-50341 (JKS) <br> A.P. No. 19-50342 (JKS) <br> A.P. No. 19-50343 (JKS) <br> A.P. No. 19-50344 (JKS) <br> A.P. No. 19-50346 (JKS) <br> A.P. No. 19-50347 (JKS) <br> A.P. No. 19-50351 (JKS) <br> A.P. No. 19-50353 (JKS) <br> A.P. No. 19-50382 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3606) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

## ORDER DENYING SCHEDULING MOTION

Upon consideration of the *Motion to Include the Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan on the Matters Scheduled for the May 19, 2021 Status Conference at 9:00 a.m.* (the "Scheduling Motion"); and the Court having reviewed the Woodbridge Liquidation Trust's objection to the Scheduling Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and notice of the Scheduling Motion was sufficient under the circumstances; and after due deliberation;

**IT IS HEREBY ORDERED** that the Motion is denied.

Dated: May 13, 2021

**Dated: May 13th, 2021**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE